UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRYSTEN A. OVERLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08-cv-662-SEB-TAB |
| vs. ) | |
| ) | |
| KEYBANK NATIONAL ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation Following Show Cause Hearing filed at Docket No. 110. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. No objections were filed, but Attorney Kendall, by and through his counsel, did file a Notice and Report of Compliance with Recommendations of Magistrate Judge at Docket No. 114, which the Court has also reviewed and considered.

The Court, being duly advised, now approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Court orders as follows[1]: (1) within 30 days Attorney Kendall shall reimburse Defendant $1,313.00 in fees incurred as a result of his conduct; (2) within 30 days Attorney Kendall (and at his discretion, appropriate members of his staff) shall complete supplemental CM/ECF training to better acquaint himself with this Court's electronic filing procedures, and certify this fact to the Court; (3) within six months Attorney Kendall shall complete

---

[1] The Court acknowledges that Mr. Kendall has already taken steps to comply with the Court's order.

Continuing Legal Education courses at least three hours in length that include a substantial component of "best practices" for law office management, and certify this fact to the Court; and (4) the Clerk shall send a copy of the Magistrate Judge's Report and Recommendation and this Order to the Indiana Supreme Court Disciplinary Commission, consistent with the requirements of Rule 8.3 of the Rules of Professional Conduct, for any further action the Commission deems appropriate.

IT IS SO ORDERED.

Dated: 05/27/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Michael C. Kendall
KENDALL LAW OFFICE
mckatlaw@aol.com

Amy Suzanne Wilson
FROST BROWN TODD LLC
awilson@fbtlaw.com

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com